CLERK'S OFFICE

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE COCA-COLA COMPANY, ) | |
| ) | |
| Plaintiff, ) | Civil Action 1:02-CV-2887RWS |
| ) | |
| v. ) | |
| ) | Judge Richard W. Story |
| PEPSICO, INC., RAPAK, LLC, ) | |
| and DSS RAPAK, INC., ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT (NO. 4) THAT
COCA-COLA CANNOT, AS A MATTER
OF LAW, RECOVER PRE-FILING DAMAGES

NOW COME defendants, PepsiCo, Inc., Rapak, LLC and DSS Rapak, Inc., through their undersigned attorneys of record and, under the provisions of Rule 56 of the Federal Rules of Civil Procedure, move for summary judgment that Coca-Cola, even if it could prove that it is entitled to recover damages, cannot recover pre-filing damages.



The ground for this motion is that Coca-Cola cannot establish, on the undisputed facts, either constructive notice or actual notice. As a result, Coca-Cola's damages, even if it can show liability, must be based only on the infringing acts which occurred after the complaint was filed.

The facts on which this motion is based are, as set forth in the accompanying memorandum, undisputed. They demonstrate that no reasonable finder of fact could find that Coca-Cola provided either constructive or actual notice. In the accompanying memorandum, defendants summarize those facts and then demonstrate, by reference to controlling authority that, on the undisputed facts, Coca-Cola cannot establish constructive notice or actual notice.

WHEREFORE defendants respectfully request entry of an Order in accordance with the prayer of this motion.

Respectfully submitted,

*/s/ Keith V Rockey*

EMMET J. BONDURANT
 Bondurant, Mixson & Elmore, LLP
 3900 One Atlantic Center
 1200 West Peachtree Street
 Atlanta, GA 30309-3417

KEITH V. ROCKEY
KATHLEEN A. LYONS
MAURICE E. TEIXEIRA
SANJAY K. MURTHY
 Wallenstein Wagner & Rockey, Ltd.
 311 South Wacker Drive, 53rd Floor
 Chicago, IL 60606-6630

PASQUALE A. RAZZANO
JENNIFER A. REDA
 Fitzpatrick, Cella, Harper & Scinto
 30 Rockefeller Plaza
 New York, NY 10112-3800

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE COCA-COLA COMPANY, | ) |
| | ) |
| Plaintiff, | ) Civil Action 1:02-CV-2887RWS |
| | ) |
| v. | ) |
| | ) Judge Richard W. Story |
| PEPSICO, INC., RAPAK, LLC, | ) |
| and DSS RAPAK, INC., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned counsel for defendant Rapak, LLC hereby certifies that true and correct copies of the DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (NO. 4) THAT COCA-COLA CANNOT, AS A MATTER OF LAW, RECOVER PRE-FILING DAMAGES was served electronically on the 12th day of February, 2004 and by courier on the 13th day of February, 2004 on the following counsel:

        Joseph R. Bankoff, Esq.
        Clark G. Sullivan, Esq.
        King & Spalding LLP
        191 Peachtree Street, NE
        Atlanta, GA 30303

_____
One of Rapak's Counsel